UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH SAVEL

v. JUUL LABS, INC. et. al

*This Document Relates to:*

IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION   3:19-md-02913 (WHO)

Case No. 3:22-cv-00059 (WHO)

**NOTICE OF DISMISSAL**

Hon. William H. Orrick

### **PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff, by and through counsel hereby gives notice that the above-captioned action is dismissed with prejudice, against the following Defendants, to the extent that they are Defendants in this action. Given that the other Defendants in the case were previously dismissed, this dismissal constitutes the final and full dismissal of this action:

**THE ALTRIA DEFENDANTS**

- ALTRIA GROUP, INC.;
- PHILIP MORRIS USA, INC.;
- ALTRIA CLIENT SERVICES LLC;
- ALTRIA GROUP DISTRIBUTION COMPANY;
- ALTRIA ENTERPRISES LLC

Dated: June 24, 2024

Respectfully Submitted,

/s/Christopher G. Paulos

Christopher G. Paulos
**Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brian & Barr**
316 S. Baylen St. Ste. 600
Pensacola, FL 32502
Office: 850-435-7000
Fax: 850-436-6066
cpaulos@levinlaw.com

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

    I hereby certify that on June 24, 2024, I electronically served the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record in this action registered in the CM/ECF system.

                                                                                                              */s/Shenequa Stanley*
                                                                                                           Shenequa Stanley, Project Leader